JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., <u>et</u> <u>al.</u>, | NO. CV 13-0940 FMO (JEMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| JESSIE'S DEALS, <u>et</u> <u>al.</u>, | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiffs' Application for Default Judgment, IT IS ADJUDGED that:

1. Default judgment shall be entered in favor of plaintiffs Coach, Inc. and Coach Services, Inc., and against defendant Jessie's Deals, in the total amount of $15,000.00 in statutory damages under 15 U.S.C. § 1117(c).

2. Defendant, its officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from infringing upon the Marks, either directly or contributorily, in any manner, including but not limited to:

(A) Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products which bear marks identical and/or confusingly similar to the Marks;

1  (B) Using the Marks or any reproduction, counterfeit, copy or colorable imitation thereof
2      in connection with the manufacture, importation, distribution, advertisement, offer
3      for sale and/or sale of merchandise;
4  (C) Passing off, inducing or enabling others to sell or pass off any products or other
5      items that are not Coach's genuine merchandise as genuine Coach merchandise;
6  (D) Committing any other acts calculated to cause purchasers to believe that
7      defendant's products are Coach's genuine merchandise unless they are such;
8  (E) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise
9      moving, storing or disposing of in any manner items falsely bearing the Marks, or
10     any reproduction, counterfeit, copy or colorable imitation thereof.
11 (F) Assisting, aiding or attempting to assist or aid any other person or entity in
12     performing any of the prohibited activities referred to in Paragraphs (A) to (E) above.

3.  Plaintiffs shall serve defendant with a copy of this Judgment in such a manner as to make them operative in any future proceedings.

Dated this 27th day of January, 2014.

/s/
Fernando M. Olguin
United States District Judge